

## CONTRACT TO BUILD A BOAT

*between:*

**THE BUYER:**

Mr: **Joachim H. Strahle**
nationality: Switzerland
Passport or ID number: E2336242
Adress:
Tel.: +41 792774424
Email: prisom@bluewin.ch

acting for himself or Person/Company which he might declare within purchase deed is completed and remaining in case liable in solid accordingly to following herewith agreed conditions

*and:*

**THE BUILDER:**

Company: **SUNDECK YACHTS S.r.l**,
Registered Address: Via S. Pertini, 119 – 61122 -Pesaro, Italy
info@sundeckyachts.com
VAT nr. IT 02830500787

Bank address:
Bank: BANCO BPM Milano AG18;
IBAN: IT53F0503401628000000007762
Swift: BAPPIT21095
Beneficiary: SUNDECK YACHTS S.r.l
Beneficiary address: Via S. Pertini, 119 – 61122 – Pesaro (Pu), Italy

*The parties agree the following with relating lawful effects:*

**OBJECT:**   SUNDECK 580 – MY 2019 - HULL#18

Build and supply, at condition better below specified, of the new built, power boat, Model **SUNDECK YACHTS   580** Engines 2x570hp FPT (Fiat Power Train Technology) diesel , from now on **THE VESSEL**, fitted as per the standard and extras better explained in Standard list and **attachment A** which is part of the present and  which THE BUYER declares to have read and well understood. **The built will be performed accordingly to the following General Conditions, which is expressively agreed to substantial of the present agreement. It is agreed that THE VESSEL will be built in compliancy with USA specification for leisure yachts and particularly with 110V volts electrical system and relating devices. The Vessel will have to fulfill the requirements to be operated in the USA Territory**

**GENERAL CONDITIONS:**

- PRICE delivered at sea (Port of Ravenna/Casalborsetti) Euro **1.204.000,00 (Euros one million two hundred four thousand)** excluding Vat to be added on top of the price if due (not due in case of export), for boat equipped as per Attachment "A" which becomes part of the present. Price will be paid with following instalments:
- first down payment, **Euro 200.000,000  (two hundred thousand)** to be paid at signing of this contract
- second down payment **Euro 200.000,00   (two hundred thousand)** at fiberglass ready, indicative date: August 2018.
- third down payment **Euro 200.000,00 (two hundred thousand)** at engine ready for installation, indicative date: September 2018
- fourth down payment **Euro 200.000,00(two hundred thousand)** lower-deck fitting completed, indicative date: September/October 2018
- fifth down payment **Euro 200.000,00 (two hundred thousand)** at boat joint completed (hull, deck, superstructure), indicative date: October/November 2018
- sixth down payment **Euro 100.000,00 (one hundred thousand)** at boat **ready before launch**. Indicative date: November/December 2018
- Settlement **Euro 104.000,00 (one hundred four thousand)** will be due within fifteen days from communication of boat ready after finishing and cleaning, for delivery at Factory, indicative date: within December 2018
- Owner or any person in his charge, will be allowed to access the Factory for build inspection once per instalment with one week notice each time.
- **Standard limited Warranty (24 month duration) will apply to this build and will be available also in USA territory within the east coast of the Country and Caribbean.** Warranty will be subjected to VESSEL used and serviced accordingly to manual and good seaman practice.
- Engine Warranty: standard plus optional warranty (this boat)  is 48 months
- The BUILDER will assist and support THE BUYER in all delivery to any Italian seaport in case of export and loading/export operation with his own Skipper/crew free of charge
- THE BUILDER will provide all paperwork and certification for THE VESSEL such to be registered under the DELAWARE (USA) Flag
- Any tax due on the vessel due by the BUYER for importing the VESSEL is not included in the price.
- It is expressively agreed that delay in payment might cause uncontrolled delay in production schedule
- It is expressively agreed, due to the special discount applied to this build, that the Buyer will make available THE VESSEL for the BUILDER display ,   during forthcoming boat shows, on USA East Coast area which will be performed in total BUILDER cost (particularly Fort Lauderdale, Miami, Palm Beach), for the period of following two years from delivery.

**Particular Agreement about USED BOAT purchase:**
The Buyer is currently owner of a boat model **MONTECARLO** model **MC5S** described in the attached "USED BOAT". THE USED BOAT is currently for sale, listed by the  Broker H.M.Y based in Palm Beach with Asking price of 799.000,00 USD. The Buyer has agreed with the Broker a minimum closing price for THE USED BOAT of USD 750.000,00 on which he will pay a reduced commission (7%) to the Broker. This agreement with H.M.Y Broker will be still valid for about 6 months from signature of the present contract. In case the used boat will be not sold within the end of the contract with H.M.Y BROKER, the buyer is engaged not to sign any other agreement for sale other then with the BUILDER, which will be entitled to list the boat and find buyers at agreed sale condition as following.
THE BUILDER **is engaged to buy the captioned USED BOAT for an agreed price of USD 550.000,00 (five hundred fifty thousand dollars)** all inclusive, for the clean title of it (free by any encumbrances including any Broker fee) in case it is not sold within the arrival to Palm Beach (USA) of THE VESSEL and it is requested by THE BUYER. The above amount will be transferred by wire transfer to the lawful owner account not later then end of March 2019 at condition that THE VESSEL (Sundeck SY580) is paid in full. THE BUYER will be responsible of providing all paperwork to complete the transfer of ownership of THE USED BOAT in THE BUILDER name. The Builder is allowed to also list THE USED BOAT into his own sales announcements at same price of THE BROKER,  putting in connection prospective buyers with The Owner/Broker and/or keeping a record of prospects in order to a future sale.

Lavagna (Genoa), date   19.6.18

THE BUILDER                                                                                                THE BUYER