IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

Case No.: 20-82259-CIV-CANNON

LJ IV, LLC,
a Delaware Corporation,

    Plaintiff,
v.

SUNDECK YACHTS, S.R.L.,
a Foreign Corporation,

    Defendant.
_____/

## SUNDECK YACHTS, S.R.L.'S MOTION TO EXTEND SCHEDULING ORDER DEADLINE TO SERVE REBUTTAL EXPERT WITNESS REPORT

Defendant, Sundeck Yachts, S.r.l. ("Sundeck"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6 and L.R. 7.1(a)(1)(J), moves this honorable Court to extend its scheduling order deadline to exchange rebuttal expert witness summaries or reports, and in support thereof states as follows:

1. Pursuant to this Court's Second Amended Scheduling Order [ECF No. 65] (the "Order"), Sundeck and Plaintiff LJ IV, LLC (collectively, the "Parties") were directed to exchange expert witness summaries and reports on May 27, 2022 and rebuttal witness summaries or reports by June 10, 2022.

2. Sundeck made good faith requests to inspect the vessel that is the subject of this action (the "Vessel") in order to present its expert witness report and rebuttal expert witness report pursuant to the Order.

3. Sundeck was unable to inspect the Vessel because it was not made available to Sundeck for inspection.[1]

4. Notwithstanding that Sundeck was not able to inspect the Vessel for evaluation by its expert, Sundeck still intends to serve a rebuttal expert witness report and respectfully seeks an Order from this Court granting a thirty (30) day extension to complete it.

5. Sundeck requires this additional time because since Sundeck was unable to inspect the Vessel in the conditions alleged by the Plaintiff, Sundeck is gathering the Vessel's specifications in its possession to provide it to the expert in order to complete the rebuttal report.

6. Sundeck will be prejudiced if it is unable to serve a rebuttal expert witness summary or report.

7. Granting this extension will allow this case to be resolved on the merits and will not prejudice the Parties.

8. This motion is made for good cause and not for the purpose of delay.

WHEREFORE, Defendant Sundeck Yachts, S.r.l. respectfully requests this honorable Court enter an order granting thirty (30) additional days to submit a rebuttal expert witness summary or report due on or before Monday, July 11, 2022.

### **CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certifies that his office has made reasonable efforts to confer with all parties who may be affected by the relief

---

[1] Sundeck's spoliation motion is forthcoming.

sought in the motion. Specifically, the undersigned counsel's office has spoken with Plaintiff's counsel. However, the parties have not been able to resolve the issue.

Dated: June 10, 2022

Respectfully submitted,

**RODRIGUEZ-ALBIZU LAW, P.A.**
*Attorney for Defendant Sundeck Italy, S.r.l.*
759 SW Federal Highway, Suite 203
Stuart, FL 34994
(772) 261-5080

By: */s/ Gerardo J. Rodriguez-Albizu*
Gerardo J. Rodriguez-Albizu, Esq.
Fla. Bar No. 61685
E-mail: grodriguez@ralawpa.com
Margaret T. Lai, Esq.
Fla. Bar No. 74395
E-mail: mlai@ralawpa.com
Romina Marchese, Esq.
Fla. Bar No. 52313
E-mail: rmarchese@ralawpa.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served through the Court's CM/ECF system on this 10th day of June, 2022, and is being served on:

Christopher Fertig, Esq.
Fertig & Gramling
200 Southeast 13th Street
Fort Lauderdale, FL 33316
chris.fertig@fertig.com
dml@fertig.com
seh@fertig.com

*Attorneys for Plaintiff LJ IV, LLC*

/s/ Gerardo J. Rodriguez-Albizu
Gerardo J. Rodriguez-Albizu, Esq.